UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JUDY THOMAS, | ) | CASE NO. 1:06CV2531 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| TRANS UNION LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has granted Plaintiff's Agreed Motion to Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41 in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

DATE: 7/30/07

_____
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

FILED
JUL 30 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND